TOMICA MARSH, AN INFANT BY HER GUARDIAN AD LITEM
ABIGAIL MARSH v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

November 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JORDAN SYLVESTER.

November 22, 1982.

Petition for certification denied.

GEORGE LEAVER v. CENTER–WHITEMAN CORP.

November 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH P. BRUZZESE.

November 22, 1982.

Leave to appeal granted.